# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN HAL SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-0733 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC<br><br>(Doc. 10) |

On January 8, 2019, Plaintiff filed a stipulation of the parties for a thirty-day extension of time for Plaintiff to file an opening brief. (Doc. 10) The scheduling order permits a single extension of thirty days by stipulation, which has not been used by the parties. (*See* Doc. 3 at 4) Accordingly, the Court **ORDERS**:

1. Plaintiff's request for an extension of time (Doc. 10) is granted nunc pro tunc; and
2. Plaintiff **SHALL** file an opening brief no later than **February 11, 2019**.

IT IS SO ORDERED.

Dated: **January 16, 2019**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE